IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| IN RE: )<br>NON-JUDICIAL CIVIL FORFEITURE )<br>PROCEEDING )<br>   )<br>Assets: $252,488.84 in United States Funds; )<br>   $50,003.29 in United States Funds; )<br>   $48, 455.36 in United States Funds; )<br>   $37, 651.82 in United States Funds; )<br>   $51,717.00 in United States Funds; and )<br>   $6,046.07 in United States Funds. )<br>   )<br>   IRS Case No.:   1000260403 )<br>   )<br>Seized: December 12, 2013; and )<br>   December 20, 2013 )<br>   Macon, Georgia; )<br>   )<br>Referred for judicial action. )<br>   )<br>Carol C. Biggs, )<br>Wellness Center of Valdosta, Inc., and )<br>William and Donna Bacon, )<br>   Claimants. )<br>   ) | MISC NO.:  7:14-MC-2 (HL) |

### ORDER SEALING THE DETAILED
### DECLARATION OF TASK FORCE OFFICER R. S. LUKE

The United States of America has applied to this Court for an Order permitting it to file the Detailed Declaration of Task Force Officer R. S. Luke, in support of the United States= second motion to extend the time to commence a judicial action, *in camera under seal*.  Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Detailed Declaration of Task Force Officer R. S. Luke, together with the Application of the United States

shall be filed with this Court *in camera*

*under seal* and shall not be disclosed to any person unless otherwise further Ordered by this Court.

    ORDERED, this __24th__ day of __July_____, 2014.

                                                *s/ Hugh Lawson*
                                            HUGH LAWSON, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

PREPARED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY


By:    s/ ROBERT D. MCCULLERS
        ASSISTANT UNITED STATES ATTORNEY
        GEORGIA STATE BAR NO.:   486976