IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| NON-JUDICIAL CIVIL FORFEITURE ) | MISC NO.:  7:14-MC-2 (HL) |
| PROCEEDING ) | |
| ) | |
| Assets:  $252,488.84 in United States Funds; ) | |
| $50,003.29 in United States Funds; ) | |
| $48, 455.36 in United States Funds; ) | |
| $37, 651.82 in United States Funds; ) | |
| $51,717.00 in United States Funds; and ) | |
| $6,046.07 in United States Funds. ) | |
| ) | |
| IRS Case No.:  1000260403 ) | |
| ) | |
| Seized: December 12, 2013; and ) | |
| December 20, 2013 ) | |
| Macon, Georgia; ) | |
| ) | |
| Referred for judicial action. ) | |
| ) | |
| Carol C. Biggs, ) | |
| Wellness Center of Valdosta, Inc., and ) | |
| William and Donna Bacon, ) | |
| Claimants. ) | |
| ) | |

**ORDER EXTENDING UNITED STATES'
TIME TO COMMENCE JUDICIAL ACTION**

The United States, as authorized by Title 18, United States Code, Section 983(a)(3)(A)-(C), having moved the Court to extend the time in which the United States is required to file a complaint for forfeiture against property or to obtain an indictment alleging that certain property is subject to forfeiture to which claims have been filed by Carol C. Biggs, Wellness Center of Valdosta, Inc., and William and Donna Bacon, in a non-judicial civil forfeiture proceeding commenced by the United States Department of

the Treasury, Internal Revenue Service, the property consisting of currency seized, to wit:

**CURRENCY**

1) $252,488.84 in United States Funds, seized on December 12, 2013, from Interest Checking Account Number XXXX0812, believed to be held in the name of William and Donna Bacon, located at Bank of America 2720 Riverside Drive, Macon, Georgia;

2) $50,003.29 in United States Funds, seized on December 20, 2013, from Bank Account Number XXXX0403, believed to be held in the name of the Wellness Center of Valdosta, Inc., located at Suntrust Bank located at 606 Cherry Street, Macon, Georgia;

3) $48,455.36 in United States Funds seized on December 12, 2013, from Business Checking Account Number XXXX4600, believed to be held in the name of the Wellness Center of Valdosta, Inc., located at Suntrust Bank located at 606 Cherry Street, Macon, Georgia;

4) $37, 651.82 in United States Funds, seized on December 12, 2013, from Business Checking – Bill Pay Account Number XXXX5003, believed to be in the name of the Wellness Center of Valdosta, Inc., located at Suntrust Bank located at 606 Cherry Street, Macon, Georgia;

5) $51,717.00 in United States Funds seized on December 12, 2013, from Money Market Savings Account Number XXXX7130, believed to be in the name of Carol C. Biggs, located at Wells Fargo Bank located at 484 Mulberry Street, Macon, Georgia; and

6) $6,046.07 in United States Funds, seized on December 12, 2013, from Complete Advantage Checking Account Number XXXX1616, believed to be held in the name of Carol C. Biggs and Junior Biggs, located at Wells Fargo located at 484 Mulberry Street, Macon, Georgia; (hereinafter collectively referred to as the "subject property").

The United States having represented to the Court as follows:

1. All of the written notices of intent to forfeit, required by 18 U.S.C. § 983(a)(1)(A) to be sent by the United States Department of the Treasury, Internal Revenue Service ("IRS") to interested parties, has been sent.

2. On or about March 3 and 4, 2014, IRS received Administrative Claims asserting an interest in a portion of the subject property from Claimants Carol C. Biggs, Wellness Center of Valdosta, Inc., and William and Donna Bacon.

3. The time has expired for any other person to file a claim to the subject property under 18 U.S.C. § 983(a)(2)(A)-(E).

4. No other person has filed a claim to the subject property as required by law in this non-judicial civil forfeiture proceeding.

5. The IRS referred the matter to the United States Attorney for the Middle District of Georgia, and the time to file a civil forfeiture complaint was set to expire on May 30, 2014.

6. On May 22, 2014, the United States filed a Motion to Extend Time to Commence Judicial Action requesting that the time to file be extended from May 30, 2014, up to and including July 29, 2014.  The Court entered an Order granting the United States' extension motion on the same date.

The Claimants, having been given notice and an opportunity for hearing on the United States' Motion regarding the subject property; and

The United States having shown good cause for such an extension and requesting an extension of the statutory deadline as to prevent the unnecessary expenditure of public resources and funds by making it unnecessary to file a complaint for forfeiture against the subject property followed by an indictment alleging that the property is subject to forfeiture, it is;

ORDERED, under 18 U.S.C. § 983(A)-(C), that the date by which the United States is required to file a complaint for forfeiture against the subject property and/or to obtain an indictment alleging that the property is subject to forfeiture is extended to September 26, 2014.

SO ORDERED, this __24th__ day of __July_____, 2014.

    ___s/ Hugh Lawson_____
    HUGH LAWSON, SENIOR JUDGE
    UNITED STATES DISTRICT COURT
    MIDDLE DISTRICT OF GEORGIA

Prepared by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY


s/ ROBERT D. MCCULLERS
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.:  486976